UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:

RONALD A. SCHENA
and RACHAEL SCHENA,

Debtors.                                              No. 11-09-13165-SA

**OBJECTION TO MOTION TO REFER CONTESTED PROCEEDINGS CONCERNING DEBTORS AND FIRST AMERICAN BANK TO MEDIATION**

COMES NOW First American Bank, by and through its counsel, the Law Office of George "Dave" Giddens, P.C., and objects to the Debtors' Motion to Refer Contested Proceedings Concerning Debtors and First American Bank to Mediation (the "Motion"). As grounds for its objection, First American Bank states:

1. The Debtors and First American Bank already have a pending Arbitration which will resolve most, if not all, of the issues that the Debtors request be referred to mediation.

2. A scheduling conference in the Arbitration has already been set for September 30, 2010. There is no reason to mediate disputes that are already being resolved by the pending Arbitration.

3. The Motion indicates that counsel for First American Bank was contacted for concurrence in the Motion. Counsel for First American Bank was not contacted about concurring in the Motion.

WHEREFORE, First American Bank, Creditor, respectfully moves the Court for entry of an Order denying the Motion to Refer Contested Proceedings Concerning Debtors and First American Bank to Mediation, and for such other and further relief as the Court deems just and proper.

1

Respectfully submitted,

Law Office of George "Dave" Giddens, P.C.

/s/Christopher M. Gatton,
Submitted electronically 9.29.10
10400 Academy NE, Suite 350
Albuquerque, NM 87111
Phone: (505) 271-1053
Fax: (505) 271-4848
Email: chris@giddenslaw.com
*Attorneys for First America Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on the **29th day of September, 2010**, I filed the foregoing pleading electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Louis Puccini, Jr.
PUCCINI LAW, P.A.
P.O. Box 50700
Albuquerque, NM 87181-0700
**Attorneys for Debtors**
puccinilaw@puccinilaw.com

Alice Nystel Page
P. O. Box 608
Albuquerque, NM 87103-0608
**Office of the United States Trustee**
alice.n.page@usdoj.gov

Concurrently, notice was mailed by first class mail, postage prepaid, to:

Ronald and Rachael Schena
9124 Wilshire Ct. NE
Albuquerque, NM 87122-3050

/s/Christopher M. Gatton
Submitted electronically 9.29.10